UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANN BLAIR,

        Plaintiff,

v.                                    CASE NO.: 1:09cv219-SPM/AK

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

      Upon consideration, Defendant Unopposed Motion for an Extension of

Time to Respond to Plaintiff's Complaint (doc. 3) is granted. Defendant shall

have up to and including November 2, 2009, to file and serve its response.

      DONE AND ORDERED this 22nd day of October, 2009.


                _s/ Stephan P. Mickle_____
                Stephan P. Mickle
                Chief United States District Judge