UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANN BLAIR,

    Plaintiff,

v.                                              CASE NO.: 1:09cv219-SPM/AK

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendant Unopposed Motion for an Additional Extension of Time to Respond to Plaintiff's Complaint (doc. 5) is granted. Defendant shall have up to and including November 23, 2009, to file and serve its response.

DONE AND ORDERED this 5th day of November, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge