UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANN BLAIR,

    Plaintiff,

v.                                 CASE NO.: 1:09cv219-SPM/AK

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation (doc. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case has been dismissed with prejudice and with each party to bear its own attorney's fees and costs. As requested by the parties, the Court will retain jurisdiction to enforce the settlement for a period of sixty days in accordance with Northern District of Florida Local Rule 16.2(D). The clerk shall close this case.

SO ORDERED this 10th day of May, 2010.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Chief United States District Judge